ERICA A. MAHARG (Bar No. 279396)
Email: eam@atalawgroup.com
HARRISON M. BECK (Bar No. 341717)
Email: hmb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
8 Rio Vista Ave.
Oakland, CA 94611
Telephone: (415) 568-5200

ANDREW L. PACKARD (Bar No. 168690)
Email: andrew@packardlawoffices.com
LAW OFFICES OF ANDREW L. PACKARD
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Telephone: (707) 782-4060

**Attorneys for Plaintiff**
*California Sportfishing*
*Protection Alliance*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>WEST CONTRA COSTA SANITARY LANDFILL, INC.; WEST COUNTY LANDFILL, INC.; REPUBLIC SERVICES, INC.; KEN LEWIS; BRENT BEVERIDGE; and BEN WADE,<br><br>　　　　　　　Defendants. | Case No.: 3:25-cv-08203<br><br>**NOTICE OF RELATED CASE**<br><br>**[CIV.L.R. 3-12]** |

**TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 3-12, notice is hereby given that the following case, brought in the Northern District of California (but which is closed and *not* pending), is, or may be deemed by the Court to be, related: *California Sportfishing Protection Alliance v. West Contra Costa Sanitary Landfill, Inc., et al*; Case No. 20-cv-07767-JD, filed November 3, 2020.

The case is related in that (1) the operator of the landfill in question (West Contra Costa Sanitary Landfill, Inc.) is a Defendant in both cases: (2) Plaintiff California Sportfishing Protection Alliance seeks to enforce the terms of California's Industrial General Permit for storm water discharges in both cases; and, (3) many of the factual allegations, causes of action, legal issues and legal arguments are the same in both cases. (The prior case was settled under a consent decree that expired by its own terms on November 1, 2024.)

Dated: September 26, 2025          Respectfully submitted,

LAW OFFICES OF ANDREW L. PACKARD

/s/ Andrew L. Packard

Andrew L. Packard
Attorneys for Plaintiff

---

NOTICE OF RELATED CASE                              Case No. 3:25-cv-08203